MINUTE ENTRY - P/T Conf & Ord Transferring Actions to Dist Crt of Guam re CV01-4538(h), dtd 10/01/01 - T/Crt notes that dfts suggest a "reverse bifurcation". Trial judge in Guam shall determine what it is & whether he or she will adopt t/suggestion. To the Crt's knowledge, ther is nothing to bifurcate, since liability is not in issue and only damages are at issue

CLERK'S Cert of Transmittal of t/following:
   5/21/01   1COMPLAINT filed Summons(es) Issued referred to Discovery Charles F. Eick (pc) [Entry date 05/23/01] [2:01cv4538]

   5/21/01   2   NOTICE OF INTERESTED PARTIES filed by plaintiff Il Hwa Jung, plaintiff Won Ae Yim, plaintiff Uy Young Kim,  plaintiff Jung Ja Kim, plaintiff Jong Myoung Kim, plaintiff  Hye Ran Kim, plaintiff Young Jae Lee, plaintiff Jong Myoung  Kim, plaintiff Young Jae Lee, plaintiff Ku Sung Rhee, plaintiff Kyung Sook Whitson (pc) [Entry date 05/23/01]  [2 : 0lcv4 538]

   5/21/01   3   NOTICE by in re Air Crash At Agana of related case(s) CV 97-7023 HLH (RCx) & Other related groups. (kc)  [Entry date 05/29/01] [2:01cv4538]

   5/23/01   --   NOTICE OF FILING FEE DUE On Pro Hac Vice Application mailed to attorney Charles Herrmann f or plaintiff Kyung Sook Whitson (pc) [Entry date 05/23/01] [2:01cv4538]

   6/4/01   4   PROOF OF SERVICE executed upon defendant USA on 5/25/01 by personal svc by delivering S/C to Laura Villa, Civil Cik, Agent for svc. (~p) [Entry date 06/05/01] [Edit date 06/07/01] [2:01cv4538]

   6/5/01   5   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV 97-7023 HLH (RCx)]  Case transferred from Judge IJickran Tevrizian to Judge  Harry L. Hupp for all further proceedings. Case referred  from Discovery Charles F. Eick to Discovery Rosalyn M. Chapman The case number will now reflect the initials of  the transferee Judge [ CV 01-4538 HLH (RCx)] (cc: all  counsel) (kc) [Entry date 06/06/01] [2:0lcv4538]

   6/7/01   6   Proof of service of S/C, ntc of interested ptys executed on 5/25/01 srvd on John Ashcroft, US Atty General on behalf of  USA by cert mail with domestic return receipt to Dept of  Justice signed by Ernest Parker Supervisor. (tw)  [Entry date 06/08/01] [2:01cv45381

   7/20/01   7   NOTICE OF MOTION AND MOTION by defendant USA to dismiss purs to FRCP 12(b) (1); motion hearing set for 10:00 8/13/01; Lodged Order (jp) [Entry date 07/23/01] [2:01cv4538]
   7/20/01   8   MEMORANDUM OF POINTS & AUTH by defendant USA in suppt of motion to dismiss [7-11 (jp) [Entry date 07/23/01]  [2 : 01cv45383

   7/20/01   9   DECLARATION of BARRY F. BENSON by defendant USA in suppt of motion to dismiss [7-1] (jp) [Entry date 07/23/011  [2: 01cv4538]

   7/24/01   10   ANSWER filed by defendant USA to complaint [1-1] (pbap) [Entry date 08/01/01] [2:01cv4538]

   7/27/01   11   NOTICE OF DISCREPANCY AND ORDER by Judge Harry L. Hupp dft USA s ans to plf s cmp rcd on 7/24/01 is to be filed and processed. (pbap) [Entry date 08/01/01] [2:01cv4538]

   8/1/01   12   STIPULATION and ORDER by Judge Harry L. Hupp setting briefing sched and hrg date on the motion to dismiss [7-1] (pbap) [Entry date 08/03/011 [2:01cv4538]

8/3/01    13    MINUTES: The Crt ords the parties to show cause in writing nit 8/20/01 in writing why CV 98-6387 and the portion of  CV 01-4538 pertaining to the claims to the Estate of Rhee,  Hi Ra should not be consolidated and transferred to Guam  for a damages trial by Judge Harry L. Hupp CR: Cynthia L. Mizell (pbap) [Entry date 08/07/01] [2:01cv4538]

8/3/01    14    MINUTES: ; IN COURT HEARING RE: setting briefing sched  set on 10:00 9/5/01. An app must be filed by 8/22/01.  Rply by 8/29/01. The Crt sets the briefing sched with  respect to the United States  mat to dism the following  cmps: (1) Uy Young Kim and Jung Ja Kim re to Cv 98-2243(b) (Estate of Do Yeun Kim); (2) Ii Hwa Jung and Won Ae Yim  relating to CV 98-2243(c) (Estate of Sun Mi Jung); (3) Jong  Myoung Kim and Rye Ran Kim relaing to CV 98-2243(d) (Estate  of Woo Kyoung Kim); and (4) Young Jae Lee relating to CV 98  2243(d) (Estate of Yoo Kyoung Kim) by Judge Harry L. Hupp CR: not present (pbap) [Entry date 08/07/01]  [2 : 01cv4538]

8/22/01    15    OPPOSITION by plaintiff to motion to dismiss [7-11 (pbap) [Entry date 08/24/01] [2:01cv4538]

8/22/01    16    DECLARATION of Juanita M. Madole by plaintiff re in support of app to motion to dismiss [7-11 (pbap)  [Entry date 08/24/01] [2:01cv4538]

8/24/01    17    MINUTES: Vacating Scheduling order to show cause in writing nit 8/20/01 [13-1], [13-21 issued on 8/3/01. The  ptys have stip to the consolidated of those portions of CV  01-4538 and CV 98-6387 pertaining to the clms to the Estate  of Ree, Hi Ra. Consolidation of these mtrs is hereby ord by  the crt. Following the pretrial conf, the consolidated actn will be transferred to Guam for damages trial. The ptys are  ord to submit all pretrial conf papers by 9/10/01. If the  crt approves the pretrial papers as submitted, the ptys  need not appear on 9/17/01. The US should confirm that it  has accepted liability for the consolidated case; Pretrial conference on 11:00 9/17/01, Case consolidated by Judge  Harry L. Hupp CR: Cynthia Mizell (tw) [Entry date 08/28/011  [2: 01cv4538]

8/29/01 18    REPLY by dft USA in suppt of motion to dismiss purs to F.R.Civ.P. 12 (b) (1) [7-1] . (gk) [Entry date 09/04/01] [2: 01cv4538]  i rc.i-UN r

9/5/01    19    ORDER by Judge Harry L. Hupp granting dft USA S motion to dismiss [7-1], terminating party Young Jae Lee, party Hye  Ran Kim, party Jong Myoung Kim, party Jung Ja Kim, party Uy  Young Kim, party Won Ae Yim, party Il Hwa Jung (ENT 9/6/01) , mid ntcs. (tw) [Entry date 09/06/01] [2: 01cv4538]

9/5/01    20    MINUTES: Mot to dism. Cases CV98 2243 (c) (b) (d) and 98-6638  as to Serco s liability will need a pretrial conf for  liability trial in the Central Dist. That pretrial conf is  set for 9/26/01 at 9:00. It is contemplated that these  cases will be transferred to another judge in this dist f or  liability trial at the conclusion of the pretrial conf;  by Judge Harry L. Hupp CR: Cynthia Mizell (tw)  [Entry date 09/06/011 [2:01cv4538]

9/14/01    21    Pretrial Conf ORDER by Judge Harry L. Hupp, pretrial conference on 1:30 9/17/01 (tw) [Entry date 09/17/011  [2 : 01cv4538]

9/14/01    22    MINUTES:. Proceedings: PTC ORD. The jnt pretrial conference order in the consolidated cases CV 98-6387 and  CV 01-4538(g) is approved, signed and filed this date. This  minute order comprises a portion of the PTC ords in this  case along with the PTC ord previously signed and the jnt  exhibit list, separate witness lists contentions, the crt s  summary

of Korean damage law, and suggested model jury  instructions. These matters are now transferred at the  District of Guam purs to the provision of the Federal Tort  Claims Act, as previously decided by the crt. The trial is  to be a damages trial only, the United States having  accepted liability, and having agreed to defend and  idemnify the other dft Serco. ; pretrial conference set  f or 9/17/01 is removed from the calendar and the PTC Order is signed and filed this date by Judge Harry L. Hupp CR:  Cynthia L. Mizell (pbap) [Entry date 09/19/01]  [2: 01cv4538]
                  .1. i .i-~.i~ ~ r

   9/17/01   23   MINUTES: Proceedings: OSC re failur to comply with Local Rule 9. Order: None of the documents required by Local Rule  9 has been filed. THe following documents required by Rule  9 has not been filed: original joint pretrial order (fax  copy received 9/14/01 at 5:30pm); pretrial conference  continued on 10:00 10/1/01; Plaintiffs are to show cause  why this action should not be dismissed for lack of  prosecution; Defendants are ordered to show cause why the  answer and counter claim should not be stricken and defeult  entered. Plaintiff and defendants a re to show cause why  sanctions should not be assessed. All documents including  all Rule 9 documents, if the action is allowed to proceed,  must be filed on or It now appears that cv 98-2243(d) needs  to be further severed. The portion of cv 2243(d) dealing  with the death of decedent Kim, Yoo Kyoung is now severed from teh balance of cv 98-2243(d) and is given the  designation CV 98-2243 (d) (1) . The portion of cv 98-2243 (d)  relating to death of Kim, Woo Kyoung is dnw designated as  action no cv 98-2243 (d) (2) . CV 98-2243 (d) (1) has previously  been consolidated with cv 01-4538(h) and will be  transferred to the District of Guam for trial. Case no CV  98-2243 (d) (2) (Kim, Woo Kyung) is not concerned with this  case and will habe a pretrial for liability issues at a  later date (the trial to be in this district), by Judge  Harry L. Hupp CR: Cynthia Mizell (shb)  [Entry date 09/24/011 [2:01cv4538]

   9/24/01   24   RESPONSE by defendant USA to OSC [23-2] (dw)  [Entry date 09/26/011 [2:0lcv4538]

   10/1/01   26   MINUTES: The PTC and ORD transferring actions to District of Guam for Trial. The PTC ord in the consolidated actions  is signed and filed this date. The consolidated actions  are ordered transferred to the District of GUAM by this mm  ord. All OSCs are vacated, the responses being satisfactory. The crt also notes that this case is to be  distinguished from the action involving the decedent Kim,  Woo Kyoung, No. CV 98-2243 (d) (2), who was a different  person, with the action involving that different person being retained in the Central District (because the US was  not a defendant in that action and, therefore, the Tort  Claims Act venue provisions did not apply). This  clarification is set forth here in an attempt to avoid confusion in the District of Guam. On arrival of this case  in GUAM, the crt believes that Judge Unpingco will set a  status conf, Case transferred to Dist of: Guam by Judge  Harry L. Hupp CR: Cynthia L. Mizell **see mm ord for additional info. (ENT 10/4/01) mld cpys & ntc MD JS 6  (pbap) [Entry date 10/04/011 [2:01cv4538]
                  _U<JUN~te

   10/3/01   25   NOTICE OF APPEAL by plaintiff Ii Hwa Jung, plaintiff Won Ae  Yim, plaintiff IJy Young Kim, plaintiff Jung Ja Kim,  plaintiff Jong Myoung Kim, plaintiff Hye Ran Kim, plaintiff  Young Jae Lee, plaintiff Jong Myoung Kim, plaintiff Young  Jae Lee, plaintiff Ku Sung Rhee, plaintiff Kyung Soak Whitson to  9th C/A from Dist. Court ord fld 9/5/01 & ent  9/6/01 [19-2] (cc: Juanita N Madole, Charles Herrmann,  Condon & Forsyth, Barry Benson) Fee: Billed (dl) [Entry date   10/03/01] [2:01cv4538]

   10/3/01   27   MINUTES:  The clerk of the crt should proceed to transfer to GUAM the following cases: CV 98-6387 and CV 01-4538 by Judge Harry L. Hupp CR: not present. (ENT 10/4/01) mid cpys & ntc (pbap) [Entry date 10/04/01]

[2:01cv4538]

    10/4/01   --   TRANSMITTAL   of documents orig file, cc docket & ord to
the District of GUAM. (pbap) [Entry date 10/04/01] [2 : 01cv4538]
;    [cbw EOD 11/07/2001]