CHARLES HERRMANN, (WA. Bar #6173)
Herrmann Law Firm
1535 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 627-8142
Facsimile : (253) 627-1835

DAVID J. LUJAN, ESQ.
LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM

AUG - 9 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| In Re: AIRCRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. No. 1237 HLH |
|---|---|
| | Civil Case No. 01-00061 |
| IL HWA JUNG, et al., Plaintiffs, vs. UNITED STATES OF AMERICA, et al., Defendants, | THIS DOCUMENT RELATES TO: Formerly U.S.D.C. C.D. CA CV 01-4538(h)-HLH (RCx) as previously consolidated with Civil Case No. 01-00064 |
| | THIS DOCUMENT RELATES TO: |
| JIN HYUNG LEE, et al., Plaintiffs, vs. SERCO MANAGEMENT SERVICES, et al. Defendants. | Formerly U.S.D.C. C.D. CA CV-98-2243(d)(1)-HLH (RCx) **This case concerns decedent Kim, Yoo Kyoung** |

## PROOF OF SERVICE

I declare under penalty of perjury under the laws of the territory of Guam and the United Sates of America that I am over the age of eighteen and not a party to this action. My business address is Pacific News Building Suite 300, 238 Archbishop Flores Street, Hagatña, Guam 96910.

On August 9, 2005 I served the [PROPOSED] ORDER to which this Proof of Service is attached by transmitting the same by facsimile to the following counsel of record:

>  Debra D. Fowler
>  U.S. Department of Justice
>  Fax: 202-616-4159
>  Attorneys for Defendants

Executed on this 9th day of August, 2005 at Hagatña, Guam.

By: _____
    **PETER C. PEREZ, ESQ.**