CHARLES HERRMANN, (WA. Bar #6173)
Herrmann Law Firm
1535 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 627-8142
Facsimile : (253) 627-1835

DAVID J. LUJAN, ESQ.
LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM

AUG 12 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In Re: **AIRCRASH AT AGANA, GUAM ON AUGUST 6, 1997** | M.D.L. No. 1237 HLH<br>Civil Case No. 01-00061 |
| **IL HWA JUNG**, et al., Plaintiffs, vs. **UNITED STATES OF AMERICA**, et al., Defendants, | THIS DOCUMENT RELATES TO:<br>Formerly U.S.D.C. C.D. CA<br>CV 01-4538(h)-HLH (RCx)<br>as previously consolidated with<br>Civil Case No. 01-00064 |
| **JIN HYUNG LEE**, et al., Plaintiffs, vs. **SERCO MANAGEMENT SERVICES**, et al. Defendants. | THIS DOCUMENT RELATES TO:<br>Formerly U.S.D.C. C.D. CA<br>CV-98-2243(d)(1)-HLH (RCx)<br>This case concerns decedent Kim, Yoo Kyoung<br>[~~PROPOSED~~] ORDER |

ORIGINAL

1

1  IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and that each
2  party shall bear his, or its own costs.
3  **IT SO ORDERED.**
4  Dated this \_\_11th\_\_ day of \_\_August\_\_, 2005

*[signature]*
HONORABLE RONALD S.W. LEW
Designated District Judge

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP

By: *[signature]*
PETER C. PEREZ, ESQ.
*Attorney for Plaintiffs*

RECEIVED
AUG - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2