DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| In re:   Air Crash at Agana, Guam on August 6, 1997 | M.D.L. No. 1237 HLH<br><br>Civil Case No. 01-00061<br>THIS DOCUMENT RELATES TO: |
| IL HWA JUNG, et al.,<br><br>        Plaintiffs,<br><br>        vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Formerly U.S.D.C. C.D. CA<br>Case No. CV-01-4538-HLH(RCx) |
| JIN HYUNG LEE, et al.,<br><br>        Plaintiffs,<br><br>        vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | *As previously consolidated with:*<br>Civil Case No. 01-00064<br><br>Formerly U.S.D.C. Central District<br>Case No. CV-98-2243(d)(1)-HLH<br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the Stipulation of Dismissal filed July 29, 2005 and Order filed August 12, 2005.

Dated this 12th day of August, 2005, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By:
Deputy Clerk