**DISTRICT COURT OF GUAM**
**4TH Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagatna, Guam 96910**
**671-473-9100**

| | |
|---|---|
| In Re: AIR CRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. NO. 1237 HLH |
| IL HWA JUNG, et al., | Case No. 1:01-cv-00061 |
| Plaintiffs, | |
| vs. | THIS DOCUMENT RELATES TO: Formerly U.S.D.C. C.D. CA. Case No. CV-01-4538(h)-HLH (RCx) |
| UNITED STATES OF AMERICA, et al. | |
| Defendants. | |
| JIN HYUNG LEE, et al., | *As previously consolidated with:* Case No. 1:01-cv-00064 |
| Plaintiffs, | |
| vs. | THIS DOCUMENT RELATES TO: Formerly U.S.D.C. C.D. CA. Case No. CV-98-2243(d)(1)-HLH (RCx) |
| SERCO MANAGEMENT SERVICES, et al. | |
| Defendants. | |

## NOTICE OF ENTRY OF JUDGMENT

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

**JUDGMENT, signed on August 12, 2005**
**Date of Entry: August 15, 2005**

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** August 16, 2005

Clerk of Court:

**Mary L.M. Moran**